FILED
CHARLOTTE, NC

MAR 17 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26CR 55-KDB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violation: 8 U.S.C. §§ 1326(a) and (b)(1) |
| ORLANDO NARAJO-COLCHADO | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about March 6, 2026, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**ORLANDO NARAJO-COLCHADO,**

an alien previously removed from the United States on or about January 9, 2009, at or near Del Rio, Texas, on or about February 7, 2010, at or near Laredo, Texas, on or about December 20, 2010, at or near Del Rio, Texas, and on or about June 27, 2012, at or near Del Rio, Texas, was found in the United States after having knowingly entered the United States, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, and this occurred subsequent to a conviction for the commission of a felony.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL:

[redacted]

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY